# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136520(69)

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
     Plaintiff-Appellee,

v

SC: 136520
COA: 272968
Ingham CC: 03-001755-CE

WATEROUS COMPANY,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's February 6, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     CORRIGAN, J., would grant the motion for reconsideration.

     MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in his dissenting statement in this case, 483 Mich ___ (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615